The People of the State of Illinois ex rel. Stanley Barski, appellee, v. William E. Dever, mayor, et al., appellants. Gen. No. 30,400.

Petition for writ of mandamus. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Thomson, P. J., dissenting. Opinion filed March 10, 1926.

Francis X. Busch, Corporation Counsel, for appellants; W. Arnold Amberg, Roy S. Gaskill and Michael L. Rosinia, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Gregory T. Van Meter, administrator of the estate of Hans Nielsen, deceased, appellee, v. S. H. Serwatt et al., on appeal of Flag Peterson, appellant. Gen. No. 30,421.

Action for wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry McEwen, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 10, 1926.

J. Kentner Elliott, for appellant. John J. Sonsteby and Joseph O. McKiernan, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Louis Rogowski and Henrietta Rogowski, appellants, v. Charles S. Wollak, appellee. Gen. No. 30,445.

Action to recover money loaned under fraudulent representations. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. John C. Eagleton, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

George C. Otto, for appellants. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Chicago Title & Trust Company, receiver of International State Bank, defendant in error, v. W. P. Dickinson, plaintiff in error. Gen. No. 30,294.

Action upon judgment note. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926. Rehearing denied March 24, 1926.

Alvin E. Stein and Warren B. Wilson, for plaintiff in error. Wetten, Pegler & Dale, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.